Case 5:08-cv-00522-JFW-JTL   Document 12   Filed 03/30/09   Page 1 of 1   Page ID #:163

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GENTRY, <br><br>    Petitioner, <br><br>    v. <br><br>DEBRA DEXTER, Warden, <br><br>    Respondent. | Case No. EDCV 08-0522-JFW (JTL) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: March 30, 2009

                                           JOHN F. WALTER <br>
                                           UNITED STATES DISTRICT JUDGE