# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT GENTRY, | Case No. EDCV 08-0522-JFW (JTL) |
|---|---|
| Petitioner, | **J U D G M E N T** |
| v. | |
| DEBRA DEXTER, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 30, 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE